# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**RANDOLPH F. TREECE**
United States Magistrate Judge

**ROBYN HOFFMAN, ESQ.**
Law Clerk



James T. Foley Courthouse
445 Broadway, Room 407
Albany, New York 12207
(518) 257-1840
Fax (518) 257-1841

January 25, 2005

Bjorn J. Holubar, Esq.
Office of Bjorn Holubar
770 Lexington Avenue—7th Floor
New York, New York 10021

Re:     *Gilfus v. Vargason*, 9: 04-CV-0188 (DNH/RFT) (lead case)
        04-CV-0189 (member)
        04-CV-0190 (member)

Dear Mr. Holubar:

        The Court has received correspondence jointly signed by Petitioners Patricia Gilfus, Richard Gilfus, and John Gilfus, regarding your representation of them in the above and other related actions. I have attached this correspondence for your review. The Court is also aware that Magistrate Judge David Peebles, in related action 5:03-CV-578 (HGM/DEP), recently granted your motion to be relieved as counsel of record for that particular action.

        In light of the correspondence received from Petitioners, please immediately advise Judge Treece in writing of your intentions with regard to your continued representation of Petitioners in the three *habeas corpus* Petitions currently awaiting Judge Treece's review. Please forward your letter directly to Judge Treece's Chambers. Thank you for your attention to this matter.

        Very truly yours,

        Robyn Hoffman, Esq.
        Law Clerk to the
        Honorable Randolph F. Treece

encl.
cc w/o encl.    Patricia A. Gilfus; Richard B. Gilfus, Jr.; John S. Gilfus
                Gilfus Family Farm
                P.O. Box 53
                1996 Sarr Road
                Port Byron, New York 13140

                Christopher Valdina, ADA
                Cayuga County District Attorney Office
                Cayuga County Court House Annex
                154-157 Genesee Street
                Auburn, New York 13021