Patricia A. Gilfus  
Richard B. Gilfus, Jr.  
John S. Gilfus  
Gilfus Family Farm  
P. O. Box 53  
1996 Sarr Road  
Port Byron, New York 13140  

April 13, 2005

U.S. DISTRICT COURT - N.D. OF N.Y.  
**FILED**  
APR 1 4 2005  
AT_____ O'CLOCK_____  
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF NEW YORK

Patricia A. Gilfus, Richard B. Gilfus, Jr.  
John S. Gilfus                                                Plaintiffs

VS.

Vargason                                                       Defendant

(9:04 – cv – 00188 & 9:04 – cv – 00189 & 9:04 – cv – 00190 DNH/RFT)

### Plaintiffs Response to Attorney's Motion to Withdraw

1. We, the Plaintiffs are in agreement with the dismissal of Mr. Bjorn J. Holubar As our attorney as we requested Mr. Bjorn J. Holubar to take this action on November 17, 2004, and he acknowledged same on November 19, 2004.

2. We, the Plaintiffs, respectfully request that Mr. Bjorn J. Holubar, upon His dismissal, return to us, all Documents, Transcripts, etc., received by Mr. Holubar from the Cayuga County Court and Cayuga County Clerk when He was initially hired as our Attorney. This was a voluminous amount of Material that we need to proceed in all of the related cases.

3. Also, any and all Documents, correspondence, etc. pertaining to the 50H Hearings, Appeals, Court appearances, correspondence to various Agencies On our behalf, before, during, and after our incarceration.

4. Any, and all, Documents, etc., not so named, that pertain to Patricia A. Gilfus, And/or Richard B. Gilfus, Jr., and/or John S. Gilfus.

( 1 )

5.  Also, a Complete Statement, showing all Services Rendered and Charges. This Statement has been promised to us over and over, and not one Statement Has ever been received since we hired Mr. Bjorn J. Holubar as our Attorney.

6.  In Conclusion, we, the Plaintiffs, respectfully request the Court/your Honor's Granting of the Dismissal of Mr. Bjorn J. Holubar, as our Attorney of record, And also, asking him, because of this Dismissal, to provide and return all Documents, etc., (Complete Files), and also Complete Statement, as soon as possible, so that we may have in our possession all materials to have available to us to enable us to continue with all of our cases, Pro Se., as this File is the basic file and informations, for the other related cases, as well as this case.

Date: April 13, 2005

Respectfully submitted,

*Patricia A. Gilfus*
Patricia A. Gilfus

*Richard B. Gilfus, Jr.*
Richard B. Gilfus, Jr.

*John S. Gilfus*
John S. Gilfus

1996 Sarr Road, P. O. Box 53
Port Byron, NY 13140
Phone (315) 776-8048
Fax    (315) 776-5811

( 2 )

## CERTIFICATE OF MAILING

We, the Plaintiffs, so named above, hereby certify that on the 13th day of April, 2005, We mailed, at the Port Byron, NY, 13140, Post Office, one true copy of the Plaintiffs' Response to Attorney's Motion to Withraw. This Response has been served on Your Honor/the Clerk, Mr. Bjorn J. Holubar, esq, and to the named defendant below.

/s/ Patricia A. Gilfus

/s/ Richard B. Gilfus, Jr.

/s/ John S. Gilfus

CC: Honorable Magistrate Judge Randolph F. Treece
    Honorable Judge David N. Hurd
    U. S. D. C. – N. D. N. Y.
    P. O. Box 7367
    100 South Clinton Street
    Syracuse, NY 13261-7367

    Bjorn J. Holubar, Esq.
    770 Lexington Avenue – 7th Floor
    New York, New York 10021

    Christoper Valdina, Esq.
    Cayuga County District Attorney Office
    Court House Annex
    157 Genesee Street
    Auburn, New York 13021